# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **JULIE A. BUGELLA,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | 07-C-269-C |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | |
| Defendant. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

    IT IS ORDERED that the decision of defendant Michael J. Astrue denying in part plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income is AFFIRMED.


THERESA M. OWENS

_____
Theresa M. Owens, Clerk


Connie A. Korth
_____
by Deputy Clerk

11/21/07
_____
Date